POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):

Paul S. Rosenstein (SBN 79647)
55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375
TELEPHONE NO: 510-465-5782    FAX NO. (Optional): 510-452-4881
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service

United States District Court: Northern Dist. of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: United States, etc.

DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al.

CASE NUMBER: CV 08 2286 JL

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ✓ other (specify documents): order setting initial CMC and ADR deadlines; ECF Registration handout; "welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial

3. a. Party served (specify name of party as shown on documents served):
      Dick/Morganti/Nibbi, a Joint Venture

   b. ✓ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Attention: Stephen F. D'Angelo

4. Address where the party was served:
   1900 State Route 51, Large, PA 15025

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):    (2) at (time):
   b. ☐ by substituted service. On (date):    at (time):    I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):    from (city):    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5. c. [✓] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): May 16, 2008      (2) from (city): Oakland, CA

    (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] by other means (specify means of service and authorizing code section):

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of (specify):
  c. [ ] as occupant.
  d. [ ] On behalf of (specify):
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
                                        [ ] other:

7. Person who served papers
  a. Name: B. Lynn
  b. Address: 55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375
  c. Telephone number: 510-465-5782
  d. The fee for service was: $ -0-
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____ (SIGNATURE)

FOS-010 [Rev. January 1, 2007]      PROOF OF SERVICE OF SUMMONS      Page 2 of 2



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Rosenstein (SBN 79547)<br>55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375<br>TELEPHONE NO.: 510-463-3782  FAX NO. (Optional): 510-452-4881<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service | |

| United States District Court: Northern Dist. of California | |
|---|---|
| MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |
| | Ref. No. or File No.: |

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☑ other (specify documents): order setting initial CMC and ADR deadlines; ECF Registration handout; "Welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial

3. a. Party served (specify name of party as shown on documents served):
      Dick Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Stephen F. D'Angelo, President

4. Address where the party was served:
   1900 State Route 51, Large, PA 15025

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):  (2) at (time):
   b. ☐ by substituted service. On (date):  at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):  from (city):  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5. c. ☑ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): May 16, 2008      (2) from (city): Oakland, CA

    (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☑ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ by other means (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of (specify):
  c. ☐ as occupant.
  d. ☐ On behalf of (specify):
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                                  ☐ other:

7. Person who served papers
  a. Name: B. Lynn
  b. Address: 55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375
  c. Telephone number: 510-465-5782
  d. The fee for service was: $ -0-
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn                      ▶ /s/ B. Lynn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)



UNITED STATES POSTAL SERVICE
20 MAY 2008

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

PAUL S. ROSENSTEIN, ESQ.
55 SANTA CLARA AVENUE
SUITE 250
OAKLAND, CA 94610-1375

WRS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen P. D'Angelo, President
Dick Corporation
1900 State Route 51
Large, PA 15025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _John Capper_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Jason Coffer
C. Date of Delivery: 5/20/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0002 9827 6646

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Rosenstein (SBN 79647)<br>55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1075<br>TELEPHONE NO.: 510-465-5782   FAX NO. (Optional): 510-452-4881<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service | |

United States District Court: Northern Dist. of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: United States, etc.

DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: CV 08 2286 JL

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* order setting initial CMC and ADR deadlines; ECF Registration handout; "Welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial
3. a. Party served *(specify name of party as shown on documents served):*
      Morganti Texas, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Ron Brookfield, Senior Vice President, President
4. Address where the party was served:
   350 North Sam Houston Parkway E., Suite 121, Houston, TX 77060-3306
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*       (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*       from *(city):*       or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5. c. [✓] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.
   (1) on (date): May 16, 2008   (2) from (city): Oakland, CA
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] by other means (specify means of service and authorizing code section):

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as occupant.
   d. [ ] On behalf of (specify):
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)        [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation) [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)       [ ] 415.46 (occupant)
                                        [ ] other:

7. Person who served papers
   a. Name: B. Lynn
   b. Address: 55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375
   c. Telephone number: 510-465-5782
   d. The fee for service was: $ -0-
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ► (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ron Brockfield, Senior Vice President
   Morgant Texas, Inc.
   350 North Sam Houston Parkway E.
   Suite 121
   Houston, TX 77060-3306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Bobby S. Rutherford
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): BOBBY G. RUTHERFORD
C. Date of Delivery: 5-19-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 9827 6790

PS Form 3811, August 2001   Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

PAUL S. ROSENSTEIN, ESQ.
55 SANTA CLARA AVENUE
SUITE 250
OAKLAND, CA 94610-1375

| Attorney or Party without Attorney: | Telephone No.: | For Court Use Only |
|---|---|---|
| PAUL ROSENSTEIN<br>PAUL ROSENSTEIN<br>55 SANTA CLARA AVENUE<br>SUITE 250<br>OAKLAND, CA 94610-1375 | (510) 465-5782<br>Bar #79647 | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: UNITED STATES,
Defendant: NIBBI BROS., INC., ET AL.

| PROOF OF SERVICE<br>(Summons And Complaint) | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2286 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. I served copies of the:
Summons And Complaint; Order Setting Initial Case Management Conference And Adr Deadlines;"welcome To The U.s.district Court, San Francisco"; Ecf Registration Information Handout

3. a. Party Served:   NIBBI BROS., INC. (Defendant)

   b. Person Served:  SAM "DOE", EMPLOYEE PHYSICAL DESCRIPTION AS FOLLOWS: W,M,55,S/P,5'10,200

4. Address where the party was served:  180 HUBBELL ST.
   SAN FRANCISCO, CA

5. I served the party:
   b. by substituted service on: Fri, May. 23, 2008 at: 6:50PM I left the documents listed in item 2 with or in the presence of:
   SAM "DOE", EMPLOYEE PHYSICAL DESCRIPTION AS FOLLOWS: W,M,55,S/P,5'10,200
   (1) (business) Person in Charge over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid), copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: Tue, May. 27, 2008 from: Hayward CA.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   c. on behalf of: NIBBI BROS., INC.
   Under CCP 416.10 (corporation)

7. Person who served the papers:  Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. TOM MIRANDA                 d. The Fee for service was: $50.00
   b. WAKEMAN PROCESS SERVICE INC.  e. I am: (3) Registered California process server
      22283 Main Street              (i) Independent Contractor
      Hayward, CA 94541              (ii) Registration No.: 1056
   c. (510) 886-7667                 (iii) County: ALAMEDA
                                     (iv) Expiration: Jul. 28, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May. 27, 2008

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev. Jan. 01, 2007

PROOF OF SERVICE


(TOM MIRANDA)

ROSEN.37201

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Rosenstein (SBN 79647)<br>55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375<br>TELEPHONE NO: 510-465-5782   FAX NO. (Optional): 510-452-4881<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service | |

United States District Court: Northern Dist. of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): order setting initial CMC and ADR deadlines; ECF Registration handout; "welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial
3. a. Party served (specify name of party as shown on documents served):
      American Casualty Company of Reading, Pennsylvania

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Stephen W. Lilienthal, President

4. Address where the party was served:
   333 S. Wabash Avenue, Chicago, IL 60604
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5.  
  c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.
  - (1) on *(date):* May 16, 2008
  - (2) from *(city):* Oakland, CA
  - (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
  - (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      - [ ] 416.10 (corporation)
      - [ ] 416.20 (defunct corporation)
      - [ ] 416.30 (joint stock company/association)
      - [ ] 416.40 (association or partnership)
      - [ ] 416.50 (public entity)
      - [ ] 415.95 (business organization, form unknown)
      - [ ] 416.60 (minor)
      - [ ] 416.70 (ward or conservatee)
      - [ ] 416.90 (authorized person)
      - [ ] 415.46 (occupant)
      - [ ] other:

7. **Person who served papers**
   a. Name: B. Lynn
   b. Address: 55 Santa Clara Avenue, Suite 230, Oakland, CA 94610-1375
   c. Telephone number: 510-465-5782
   d. The fee for service was: $ -0-
   e. I am:
      - (1) [✓] not a registered California process server.
      - (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      - (3) [ ] a registered California process server:
        - (i) [ ] owner  [ ] employee  [ ] independent contractor.
        - (ii) Registration No.:
        - (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn  
*(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)*    ▶ *(signature)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen W. Lilienthal, President
   American Casualty Company of
   Reading, Pennsylvania
   333 S. Wabash Avenue
   Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0002 7827 6653

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

   PAUL S. ROSENSTEIN, ESQ.
   55 SANTA CLARA AVENUE
   SUITE 250
   OAKLAND, CA 94610-1375

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Rosenstein  (SBN 79547)<br>55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375<br>TELEPHONE NO.: 510-465-5782   FAX NO. (Optional): 510-452-4881<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service | |
| United States District Court: Northern Dist. of California<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [✓] other (specify documents): order setting initial CMC and ADR deadlines; ECF Registration handout; "welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial
3. a. Party served (specify name of party as shown on documents served):
      Continental Casualty Company

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Stephen W. Lilienthal, President

4. Address where the party was served:
   333 S. Wabash Avenue, Chicago, IL 60604
5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5. c. [✓] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date): May 16, 2008      (2) from (city): Oakland, CA
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] by other means *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
   under the following Code of Civil Procedure section:

   [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
                                               [ ] other:

7. Person who served papers
   a. Name: B. Lynn
   b. Address: 55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375
   c. Telephone number: 510-465-5782
   d. The fee for service was: $ -0-
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ (SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

PAUL S. ROSENSTEIN, ESQ.
55 SANTA CLARA AVENUE
SUITE 250
OAKLAND, CA 94610-1375

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen W. Lilienthal, President
Continental Casualty Company
333 S. Wabash Avenue
Chicago, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature:
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Rosario
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7305 1160 0002 9827 6677

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul S. Rosenstein (SBN 79647)<br>55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1375<br>TELEPHONE NO.: 510-465-5782  FAX NO. (Optional): 510-452-4881<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Roofing Constructors, Inc. dba Western Roofing Service | |

United States District Court: Northern Dist. of California
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: United States, etc.

DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al.

CASE NUMBER: CV 08 2286 JL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☑ other (specify documents): order setting initial CMC and ADR deadlines; ECF Registration handout; "welcome to the U.S. District Court, SF", notice of assignment of case to a U.S. Magistrate Judge for trial
3. a. Party served (specify name of party as shown on documents served):
   National Union Fire Insurance Company of Pittsburgh, PA

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   John Q. Doyle, President
4. Address where the party was served:
   175 Water Street, New York, NY 10038
5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):  (2) at (time):
   c. ☐ by substituted service. On (date):  at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):  from (city):  or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF/PETITIONER: United States, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dick/Morganti/Nibbi, a joint venture, et al. | CV 08 2286 JL |

5. c. [✓] by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid.

    (1) on (date): May 16, 2008    (2) from (city): Oakland, CA

    (3) [ ] with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] by other means (specify means of service and authorizing code section):

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of (specify):
  c. [ ] as occupant.
  d. [ ] On behalf of (specify):
    under the following Code of Civil Procedure section:
    [ ] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
        [ ] other:

7. Person who served papers
  a. Name: B. Lynn
  b. Address: 55 Santa Clara Avenue, Suite 250, Oakland, CA 94610-1373
  c. Telephone number: 510-465-5782
  d. The fee for service was $ -0-
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 16, 2008

B. Lynn
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ (signature)

POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Page 2 of 2



