1  PAUL S. ROSENSTEIN (CA Bar No. 79647)
   psrlaw@flash.net
2  55 Santa Clara Avenue, Suite 250
   Oakland, CA 94610-1375
3  Tel. 510-465-5782 // Fax 510-452-4881

4  Attorney for Use Plaintiff
   ROOFING CONSTRUCTORS, INC.,
5  dba WESTERN ROOFING SERVICE

6  JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
7  JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
8  JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
9  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
10 San Francisco, CA 94105
   Tel. 415-371-1200 // Fax 415-371-1211
11
   Attorneys for Defendants
12 DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
   AMERICAN CASUALTY COMPANY OF READING, PA,
13 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
   CONTINENTAL CASUALTY COMPANY
14

15                    UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

17

18 | UNITED STATES, for the Use of ROOFING          | Case No.: 08-CV-02286 JL
     CONSTRUCTORS, INC., a California Corporation,  |
19 | doing business as WESTERN ROOFING              | **CONSENT TO PROCEED BEFORE**
     SERVICE,                                       | **A UNITED STATES MAGISTRATE**
20 |                                                | **JUDGE**
                  Plaintiffs,
21       vs.

22 DICK/MORGANTI/NIBBI, a joint venture, DICK
   CORPORATION; MORGANTI TEXAS, INC.,
23 NIBBI BROS., INC.; AMERICAN CASUALTY
   COMPANY OF READING, PA, CONTINENTAL
24 CASUALTY COMPANY; NATIONAL UNION
   FIRE INSURANCE COMPANY OF
25 PITTSBURGH, PA,

26            Defendants.

27

28

SF #1523391 v1

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE Case No.: 3:08-CV-02286 – JL

1  In accordance with the provisions of 28 U.S.C. section 636(c), the undersigned parties
2  hereby consent to have a United States Magistrate Judge conduct any and all further proceedings
3  in the case, including trial and order the entry of a final judgment, and voluntarily waives the right
4  to proceed before a United States District Judge.

6  Dated: July 14, 2008         PAUL S. ROSENSTEIN

                                         /s/
                                 By: _____
                                     Paul S. Rosenstein
                                     Attorney for ROOFING CONSTRUCTORS, INC.,
                                     dba WESTERN ROOFING SERVICE

11 Dated: July 14, 2008         THELEN REID BROWN RAYSMAN & STEINER LLP

                                         /s/
                                 By _____
                                    John W. Ralls
                                    Attorneys for DICK/MORGANTI/NIBBI,
                                    DICK CORPORATION, MORGANTI TEXAS,
                                    INC., NIBBI BROS., INC., AMERICAN
                                    CASUALTY COMPANY OF READING, PA,
                                    CONTINENTAL CASUALTY COMPANY and
                                    NATIONAL UNION FIRE INSURANCE
                                    COMPANY OF PITTSBURGH, PA