1  PAUL S. ROSENSTEIN (CA Bar No. 79647)
   psrlaw@flash.net
2  55 Santa Clara Avenue, Suite 250
   Oakland, CA 94610-1375
3  Tel. 510-465-5782 // Fax 510-452-4881

4  Attorney for Use Plaintiff
   ROOFING CONSTRUCTORS, INC.,
5  dba WESTERN ROOFING SERVICE

6  JOHN W. RALLS (CA Bar No. 148233)
   jralls@thelen.com
7  JOHN A. FOUST (CA Bar No. 218824)
   jfoust@thelen.com
8  JOANNA ROSEN (CA Bar No. 244943)
   jrosen@thelen.com
9  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
10 San Francisco, CA 94105
   Tel. 415-371-1200 // Fax 415-371-1211

11
   Attorneys for Defendants
12 DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP,
   AMERICAN CASUALTY COMPANY OF READING, PA,
13 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and
   CONTINENTAL CASUALTY COMPANY

14

15                     UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA---SAN FRANCISCO DIVISION

17

18
   UNITED STATES, for the Use of ROOFING          Case No.: 08-CV-02286 JL
19 CONSTRUCTORS, INC., a California Corporation,
   doing business as WESTERN ROOFING              STIPULATION AND [PROPOSED]
20 SERVICE,                                       ORDER EXTENDING CASE
                                                  SCHEDULE, CASE
21           Plaintiffs,                          MANAGEMENT CONFERENCE
       vs.                                        AND ADR DEADLINES
22
   DICK/MORGANTI/NIBBI, a joint venture, DICK
23 CORPORATION; MORGANTI TEXAS, INC.,
   NIBBI BROS., INC.; AMERICAN CASUALTY
24 COMPANY OF READING, PA, CONTINENTAL
   CASUALTY COMPANY; NATIONAL UNION
25 FIRE INSURANCE COMPANY OF
   PITTSBURGH, PA,
26           Defendants.

27

28

SF #1523397 v1

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE – Case No.: 3:08-CV-02286 – JL

1  The parties, Use Plaintiff Roofing Constructors, Inc., a California Corporation, doing
2  business as Western Roofing Service, on the one hand, and Defendants Dick/Morganti/Nibbi, a
3  Joint Venture; Dick Corporation; Morganti Texas, Inc.; Nibbi Bros., Inc.; American Casualty
4  Company of Reading, Pennsylvania; Continental Casualty Company; National Union Fire
5  Insurance Company of Pittsburgh, PA, on the other, hereby stipulate and agree as follows:

6  This case arises out of the construction of the San Francisco Federal Building. Since the
7  date the complaint was filed, the parties have discussed how to resolve the issues between them
8  arising out of the Project, and these discussions continue. Certain issues require a review and
9  investigation, which review and investigation is underway. Under the circumstances, the parties
10 desire to continue the various case management deadlines that have been established by 60 days.

11 In particular, the parties stipulate and agree that the following case schedule should be
12 established:

- Deadline for defendants' response to complaint: September 12, 2008
- Last day to meet and confer re initial disclosure, early settlement, ADR process selection, and discovery plan and to file joint ADR certification with stipulation to ADR process or notice of need for ADR phone conference: September 12, 2008
- Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement per Standing Order re Contents of Joint Case Management Statement: September 26, 2008.

////
////
////
////
////
///
///
///
///
///

&gt; Initial Case Management Conference: On or about October 08, 2008, on a date to be set by the Court.

Dated: July 14, 2008        PAUL S. ROSENSTEIN

By: /s/
Paul S. Rosenstein
Attorney for ROOFING CONSTRUCTORS, INC.,
dba WESTERN ROOFING SERVICE

Dated: July 14, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP

By /s/
John W. Ralls
Attorneys for DICK/MORGANTI/NIBBI,
DICK CORPORATION, MORGANTI TEXAS,
INC., NIBBI BROS., INC., AMERICAN
CASUALTY COMPANY OF READING, PA,
CONTINENTAL CASUALTY COMPANY and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

## ORDER

The Court, having reviewed the foregoing stipulation, and good cause appearing for the time extensions reflected therein, hereby approves the revisions to the case management deadlines and sets the initial case management conference (previously scheduled for August 6, 2008) for October 8, 2008 in Courtroom F, 15th Floor, San Francisco at 10:30 a.m.

IT IS SO ORDERED.

Dated: July 16, 2008

James Larson
Chief Magistrate Judge