<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br><br>NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION</td></tr>
<tr><td>UNITED STATES, for the Use of ROOFING CONSTRUCTORS, INC., a California Corporation, doing business as WESTERN ROOFING SERVICE,<br><br>                 Plaintiffs,<br>vs.<br><br>DICK/MORGANTI/NIBBI, a joint venture, DICK CORPORATION; MORGANTI TEXAS, INC., NIBBI BROS., INC.; AMERICAN CASUALTY COMPANY OF READING, PA, CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>                 Defendants.</td><td>Case No.: 08-CV-2286 JL<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE SCHEDULE, CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**</td></tr>
</table>

The parties, Use Plaintiff Roofing Constructors, Inc., a California Corporation, doing business as Western Roofing Service, on the one hand, and Defendants Dick/Morganti/Nibbi, a Joint Venture; Dick Corporation; Morganti Texas, Inc.; Nibbi Bros., Inc.; American Casualty Company of Reading, Pennsylvania; Continental Casualty Company; National Union Fire Insurance Company of Pittsburgh, PA, on the other, hereby stipulate and agree as follows:

This case arises out of the construction of the San Francisco Federal Building. Since the complaint was filed, the parties have discussed how to resolve the issues between them arising out of the Project, and these discussions continue. On July 16, 2008, and again on September 29, 2008, this Court entered stipulated orders postponing the deadline for defendants' response to the

1  complaint and all applicable case management dates so that the parties could conduct a review and
2  investigation. That investigation has taken longer than anticipated and remains underway.
3  Accordingly, the parties desire to further continue the various case management deadlines that
4  have been established by another 60 days.
5      In particular, the parties stipulate and agree that the following case schedule should be
6  established:

7  ➢   Last day for defendants to file amended counterclaim without leave of Court:
       January 16, 2009.
8
   ➢   Deadline for plaintiff's response to counterclaim: February 6, 2009.
9
10 ➢   Last day to meet and confer re initial disclosure, early settlement, ADR process
       selection, and discovery plan and to file joint ADR certification with stipulation to
       ADR process or notice of need for ADR phone conference: February 6, 2009.
11
12 ➢   Last day to file Rule 26(f) report, complete initial disclosures or state objection in
       Rule 26(f) report and file case management statement per Standing Order re
       Contents of Joint Case Management Statement: February 13, 2009.
13
14 ➢   Initial Case Management Conference: On or about February ~~20~~ 25, 2009, on a date to
       be set by the Court.
15
16 Dated: November 17, 2008          PAUL S. ROSENSTEIN
                                     55 Santa Clara Avenue, Suite
                                     Oakland, CA 94610-1375
17                                   Tel. 510-465-5782 // Fax 510-452-4881

18
                                     By: _____
19                                        Paul S. Rosenstein
                                          Attorney for Use Plaintiff
20                                        ROOFING CONSTRUCTORS, INC.,
                                          dba WESTERN ROOFING SERVICE
21

22 Dated: November 17, 2008          THELEN LLP
                                     101 Second Street, Suite 1800
23                                   San Francisco, CA 94105
                                     Tel. 415.371.1200 // Fax 415.371.1211
24

25                                   By: _____
                                          John Foust
26                                        Attorneys for Defendants DICK/MORGANTI, DICK
                                          CORPORATION, THE MORGANTI GROUP,
27                                        AMERICAN CASUALTY COMPANY OF
                                          READING, PA, NATIONAL UNION FIRE
28                                        INSURANCE COMPANY OF PITTSBURGH, PA
                                          and CONTINENTAL CASUALTY COMPANY

SF #1588470 v1

STIPULATION AND [PROPOSED] ORDER – Case No.: 3:08-CV-01932 – PJH

1 complaint and all applicable case management dates so that the parties could conduct a review and
2 investigation. That investigation has taken longer than anticipated and remains underway.
3 Accordingly, the parties desire to further continue the various case management deadlines that
4 have been established by another 60 days.

5 In particular, the parties stipulate and agree that the following case schedule should be
6 established:

7 ➢ Last day for defendants to file amended counterclaim without leave of Court: January 16, 2009.
8
9 ➢ Deadline for plaintiff's response to counterclaim: February 6, 2009.
10 ➢ Last day to meet and confer re initial disclosure, early settlement, ADR process selection, and discovery plan and to file joint ADR certification with stipulation to
11 ADR process or notice of need for ADR phone conference: February 6, 2009.
12 ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement per Standing Order re
13 Contents of Joint Case Management Statement: February 13, 2009.
14 ➢ Initial Case Management Conference: On or about February 25, 2009, on a date to be set by the Court.

15
16 Dated: November 17, 2008    PAUL S. ROSENSTEIN
                              55 Santa Clara Avenue, Suite
17                            Oakland, CA 94610-1375
                              Tel. 510-465-5782 // Fax 510-452-4881
18
19                            By: _____
                                  Paul S. Rosenstein
20                            Attorney for Use Plaintiff
                              ROOFING CONSTRUCTORS, INC.,
21                            dba WESTERN ROOFING SERVICE

22 Dated: November 17, 2008    THELEN LLP
                              101 Second Street, Suite 1800
23                            San Francisco, CA 94105
                              Tel. 415.371.1200 // Fax 415.371.1211
24
25                            By: _____
                                  John Foust
26                            Attorneys for Defendants DICK/MORGANTI, DICK
                              CORPORATION, THE MORGANTI GROUP,
27                            AMERICAN CASUALTY COMPANY OF
                              READING, PA, NATIONAL UNION FIRE
28                            INSURANCE COMPANY OF PITTSBURGH, PA
                              and CONTINENTAL CASUALTY COMPANY

1 **ORDER**

2     The Court, having reviewed the foregoing stipulation, and good cause appearing for the

3 time extensions reflected therein, hereby approves the revisions to the case management deadlines

4 and sets the initial case management conference (previously scheduled for December 17, 2008) for

5 February 25 , 2009, in Courtroom F, 15th Floor, San Francisco at 10:30 a.m. .

6     IT IS SO ORDERED.

7

8 Dated: November 18 , 2008

9                                            James Larson

10                                            Chief Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28