JOHN W. RALLS (CA Bar No. 148233)
RallsJ@howrey.com
JOHN FOUST (CA Bar No. 218824)
FoustJ@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel. 415.848.4900 // Fax 415.848.4999

Attorneys for Defendants and Counter-Claimants
DICK/MORGANTI/NIBBI, DICK CORPORATION,
MORGANTI TEXAS, INC., and NIBBI BROS., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, for the Use of ROOFING CONSTRUCTORS, INC., a California Corporation, doing business as WESTERN ROOFING SERVICE,<br><br>      Plaintiffs,<br> vs.<br><br>DICK/MORGANTI/NIBBI, a joint venture; DICK CORPORATION; MORGANTI TEXAS, INC., NIBBI BROS., INC.; AMERICAN CASUALTY COMPANY OF READING, PA, CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>      Defendants. | Case No.: 08-CV-2286 JL<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING CASE SCHEDULE, CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| AND RELATED COUNTER-CLAIM. | |

  The parties, Plaintiff Roofing Constructors, Inc., a California Corporation, doing business as Western Roofing Service, on the one hand, and Defendants Dick/Morganti/Nibbi, a Joint Venture; Dick Corporation; Morganti Texas, Inc.; Nibbi Bros., Inc., on the other, hereby stipulate and agree as follows:

  This case arises out of the construction of the San Francisco Federal Building. Since the complaint was filed, the parties have endeavored to resolve the issues between them arising out of the Project and these discussions continue. The parties have, on three previous occasions, agreed

by stipulated order to postpone the various case management deadlines so that the parties could conduct a review and investigation of the issues in an effort to resolve their dispute without burdening the court. That investigation, however, has taken longer than anticipated and remains ongoing. Accordingly, the parties desire to further continue the various case management deadlines that have been established by another **45 days**.

In particular, the parties stipulate and agree that the following case schedule should be established:

- ➢ Last day for defendants to file amended counterclaim without leave of Court: March 2, 2009.

- ➢ Deadline for plaintiff's response to counterclaim: March 23, 2009.

- ➢ Last day to meet and confer re initial disclosure, early settlement, ADR process selection, and discovery plan and to file joint ADR certification with stipulation to ADR process or notice of need for ADR phone conference: March 23, 2009.

- ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file case management statement per Standing Order re Contents of Joint Case Management Statement: March 30, 2009.

- ➢ Initial Case Management Conference: On or about April 8, 2009, on a date to be set by the Court.

Dated: January 15, 2009
PAUL S. ROSENSTEIN
55 Santa Clara Avenue, Suite
Oakland, CA 94610-1375
Tel. 510-465-5782 // Fax 510-452-4881

By: _____
Paul S. Rosenstein
Attorney for Use Plaintiff
ROOFING CONSTRUCTORS, INC.,
dba WESTERN ROOFING SERVICE

Dated: January 15, 2009
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel. 415.848.4900 // Fax 415.848.4999

By: _____
John Foust
Attorneys for Defendants DICK/MORGANTI, DICK CORPORATION, THE MORGANTI GROUP

1 by stipulated order to postpone the various case management deadlines so that the parties could
2 conduct a review and investigation of the issues in an effort to resolve their dispute. That
3 investigation, however, has taken longer than anticipated and remains ongoing. Accordingly, the
4 parties desire to further continue the various case management deadlines that have been
5 established by another **45 days**.

6     In particular, the parties stipulate and agree that the following case schedule should be
7 established:

8  ➢ Last day for defendants to file amended counterclaim without leave of Court:
9    March 2, 2009.

10 ➢ Deadline for plaintiff's response to counterclaim: March 23, 2009.

11 ➢ Last day to meet and confer re initial disclosure, early settlement, ADR process
     selection, and discovery plan and to file joint ADR certification with stipulation to
12   ADR process or notice of need for ADR phone conference: March 23, 2009.

13 ➢ Last day to file Rule 26(f) report, complete initial disclosures or state objection in
     Rule 26(f) report and file case management statement per Standing Order re
14   Contents of Joint Case Management Statement: March 30, 2009.

15 ➢ Initial Case Management Conference: On or about April 8, 2009, on a date to be
16   set by the Court.

17 Dated: January 15, 2009

PAUL S. ROSENSTEIN
18 55 Santa Clara Avenue, Suite 250
Oakland, CA 94610-1375
19 Tel. 510-465-5782 // Fax 510-452-4881

20 By: _____
21 Paul S. Rosenstein
Attorney for Use Plaintiff
22 ROOFING CONSTRUCTORS, INC.,
dba WESTERN ROOFING SERVICE
23

24 Dated: January 15, 2009

HOWREY LLP
25 525 Market Street, Suite 3600
San Francisco, CA 94105
26 Tel. 415.848.4900 // Fax 415.848.4999

27 By: _____
John Foust
28 Attorneys for Defendants DICK/MORGANTI, DICK
CORPORATION, THE MORGANTI GROUP

DM_US:21798580_1                        -2-
STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES — Case No.: 08-CV-2286 JL

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing for the time extensions reflected therein, hereby approves the revisions to the case management deadlines and sets the initial case management conference (previously scheduled for February 25, 2009) for __April 8__, 2009, in Courtroom F, 15th Floor, San Francisco at __10:30 a.m.__.

IT IS SO ORDERED.

Dated: __February 10__, 2009

_____
James Larson
Chief Magistrate Judge