GREGG N. DULIK (CA Bar No. 124221)
Gregg.dulik@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza Steuart Tower 8th Floor
San Francisco, CA 94105
Tel. 415.781.7900 // Fax 415.781.2635

Attorneys for Defendants AMERICAN CASUALTY
COMPANY OF READING, PA, and NATIONAL UNION
FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, for the Use of ROOFING CONSTRUCTORS, INC., a California Corporation, doing business as WESTERN ROOFING SERVICE,<br><br>Plaintiffs,<br><br>vs.<br><br>DICK/MORGANTI/NIBBI, a joint venture; DICK CORPORATION; MORGANTI TEXAS, INC., NIBBI BROS., INC.; AMERICAN CASUALTY COMPANY OF READING, PA, CONTINENTAL CASUALTY COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | Case No.: 08-CV-2286 JL<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND [PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| AND RELATED COUNTER-CLAIM. | |

PLEASE TAKE NOTICE that Defendants **American Casualty Company of Reading, PA, Continental Casualty Company**, and **National Union Fire Insurance Company of Pittsburgh, PA**, hereby substitute in **Sedgwick, Detert, Moran & Arnold LLP ("Sedgwick")**, as counsel of record in the above-captioned action. Sedgwick's address is: **One Market Plaza Steuart Tower 8th Floor, San Francisco, CA 94105.**

For notice purposes going forward, individual attorneys at Sedgwick representing American Casualty Company of Reading, PA, Continental Casualty Company, and National Union Fire Insurance Company of Pittsburgh, PA are as follows:

> GREGG N. DULIK (CA Bar No. 124221)
> Gregg.dulik@sdma.com
> SEDGWICK, DETERT, MORAN & ARNOLD LLP
> One Market Plaza Steuart Tower 8th Floor
> San Francisco, CA 94105
> Tel. 415.781.7900 // Fax 415.781.2635

I accept this substitution:

Dated: June 23, 2009

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
Gregg N. Dulik (CA Bar No. 124221)
Attorneys for Defendants AMERICAN CASUALTY COMPANY OF READING, PA, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

I consent to this substitution:

Dated: July 6, 2009

THELEN, LLP

By _____
David P. Graybeal (CA Bar No. 95201)

Dated: June 29, 2009

AMERICAN CASUALTY COMPANY OF READING, PA

By _____
Mark Torp for AMERICAN CASUALTY COMPANY OF READING, PA

1 | Dated: June 24, 2009 | CONTINENTAL CASUALTY COMPANY

By _____
Mark Torp for CONTINENTAL CASUALTY COMPANY

6 | Dated: June ___, 2009 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

By _____
Bruce Kahn for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: June ___, 2009         CONTINENTAL CASUALTY COMPANY

By _____
Mark Torp for CONTINENTAL CASUALTY COMPANY

Dated: June 25, 2009          NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

By _____
Bruce Kahn for NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**ORDER**

The foregoing Substitution of Counsel is approved.

Dated: July 24, 2009

_____
James Larson
Chief Magistrate Judge